1  Adam R. Fox (State Bar # 220584)
   adam.fox@squirepb.com
2  Joseph P. Grasser (State Bar # 255156)
   joseph.grasser@squirepb.com
3  SQUIRE PATTON BOGGS (US) LLP
   555 South Flower Street, 31st Floor
4  Los Angeles, California  90071
   Telephone:  +1 213 624 2500
5  Facsimile:   +1 213 623 4581

6  Attorneys for Defendant
   FLORIDA BOTTLING, INC.
7

8  *ADDITIONAL SUBMITTING COUNSEL ON SIGNATURE PAGE*

9
               UNITED STATES DISTRICT COURT
10
               CENTRAL DISTRICT OF CALIFORNIA
11

12

13  ESTELLE SHANE, on behalf of herself    Case No. 2:17-cv-2197
    and all others similarly situated,
14                                         **STIPULATED REQUEST FOR
              Plaintiff,                   AN ORDER OF DISMISSAL
15                                         WITH PREJUDICE**
         v.
16                                         Judge: S. James Otero
    FLORIDA BOTTLING, INC.,
17                                         Magistrate Judge: Alicia G. Rosenberg
              Defendant.
18

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Estelle Shane and Defendant Florida Bottling, Inc., through their undersigned counsel, stipulate to a request that the Court enter an order dismissing this case with prejudice against Plaintiff Estelle Shane, and without prejudice against the proposed class. Plaintiff has not sought class certification, a class was not certified, and no notice was given to a prospective class. Each party to bear its/her own attorneys' fees and costs.

Dated: May 1, 2018

Respectfully submitted,

By:    /s/ *Adam R. Fox*

Adam R. Fox
adam.fox@squirepb.com
Joseph P. Grasser
joseph.grasser@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 624 2500
Facsimile: (213) 623 4581

*Attorneys for Defendant*
Florida Bottling, Inc.

Dated: May 1, 2018

Respectfully submitted,

By:    /s/ *Michael D. Braun*

Michael D. Braun
Braun Law Group, P.C.
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
Email: service@braunlawgroup.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marc Stanley
Stanley Law Group
6116 N. Central Expressway, Suite 1500
Dallas, TX  75206
Telephone:   (214) 443-4300
Facsimile:   (214) 443-0358
Email:  steve@consumerhelper.com

Matthew J. Zevin
Stanley Law Group
10021 Willow Creek Road, Suite 200
San Diego, CA  92131
Telephone:   (619) 235-5306
Facsimile:    (815) 377-8419
Email:  mzevin@aol.com

Janet Lindner Spielberg
12400 Wilshire Blvd., Suite #400
Los Angeles, CA  90025
Telephone:   (310) 392-8801
Facsimile:    (310) 278-5938
Email:  jlspielberg@jlslp.com

Attorneys for Plaintiff
ESTELLE SHANE