FILED
CLERK, U.S. DISTRICT COURT

May 2, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLE SHANE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA BOTTLING, INC.,<br><br>Defendant. | Case No. 2:17-cv-2197<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: S. James Otero<br><br>Magistrate Judge: Alicia G. Rosenberg |

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

# ORDER

Based upon the stipulation of the parties and good cause appearing, IT IS ORDERED that:

1) Plaintiff Estelle Shane's Complaint is hereby DISMISSED WITH PREJUDICE against the Named Plaintiff, and without prejudice against the proposed class. Plaintiff has not sought class certification, a class was not certified, and no notice was given to a prospective class; and

2) Each party to bear its/her own costs and attorneys' fees.

Dated:   May _2__, 2018

*S. James Otero*

Honorable S. James Otero
United States District Judge